UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRETT JENKINS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE WHITESTONE GROUP, INC.,<br><br>    Defendant. | Case No. 14-cv-04920-RS<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on February 19, 2015. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

    1.    ALTERNATIVE DISPUTE RESOLUTION.

MEDIATION. The parties have advised that they intend to engage in private mediation.

    2.    DISCOVERY.

On or before May 27, 2016 all discovery shall be completed by the parties. Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

There will be no formal bifurcation between class discovery and merits discovery. The parties are, however, encouraged to focus on class issues in the discovery leading up to plaintiffs' motion for class certification.

    3.    DISCOVERY DISPUTES.

The parties are hereby referred to a randomly-assigned Magistrate Judge to resolve

discovery disputes. After the parties have met and conferred, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute. Up to 12 pages of attachments may be added. The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings >Motions--General > Discovery Letter Brief." The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed. The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

4. EXPERT WITNESSES.

The disclosure and discovery of expert witnesses shall proceed as follows:

a. On or before March 4, 2016, parties will designate experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

b. On or before May 27, 2016, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

5. CLASS CERTIFICATION.

a. On or before November 20, 2015, plaintiff will file his motion for class certification.

6. PRETRIAL MOTIONS.

All dispositive pretrial motions must be filed and served pursuant to Civil Local Rule 7. Each party is limited to one motion for summary judgment absent leave of Court. Dispositive motions on the collective bargaining issue shall be filed no later than October 23, 2015. Dispositive motions on any other issues, to the extent permitted by leave of the Court, shall be filed no later than June 30, 2016.

7. FURTHER CASE MANAGEMENT CONFERENCE

A Further Case Management Conference will be held on **August 27, 2015 at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED**.

Dated: March 12, 2015

_____
RICHARD SEEBORG
United States District Judge