1  MICHAEL A. LAURENSON (SBN: 190023)
   MOLLIE M. BURKS (SBN: 222112)
2  HIEU TRAN (SBN: 280585)
   GORDON & REES LLP
3  275 Battery Street, Suite 2000
   San Francisco, CA 94111
4  Telephone: (415) 986-5900
   Facsimile:  (415) 986-8054
5  mlaurenson@gordonrees.com
   mburks@gordonrees.com
6  htran@gordonrees.com

7  Attorneys for Defendant
   THE WHITESTONE GROUP, INC.
8
   BRYAN SCHWARTZ (SBN: 209903)
9  ADETUNJI OLUDE (SBN: 264873)
   BRYAN SCHWARTZ LAW
10 1330 Broadway Suite 1630
   Oakland, CA 94612
11 Telephone: (510) 444-9300
   Facsimile:  (510) 444-9301
12 bryan@bryanschwartzlaw.com
   adetunji@bryanschwartzlaw.com
13
   MATTHEW HELLAND (SBN 250451)
14 DANIEL BROME (SBN 278915)
   NICHOLAS KASTER LLP
15 One Embarcadero Center, Suite 720
   San Francisco, CA 94111
16 Telephone: (877) 488-0492
   Facsimile:  (415) 277-7238
17 helland@nka.com
   dbrome@nka.com
18
   Attorneys for Plaintiffs
19 Individually and all others similarly situated

20                    UNITED STATES DISTRICT COURT

21                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 22  GARRETT JENKINS, BUFORD BROWN, | ) CASE NO. 14-CV-04920-RS |
|     CRUZ CASTILLO, and GERMAINE | ) |
| 23  VAUGHN, individually, and on behalf of all | ) PROPOSED CLASS ACTION |
|     others similarly situated, | ) |
| 24  | ) [Honorable Richard Seeborg] |
| 25              Plaintiffs, | ) |
|         vs. | ) **STIPULATION TO REMAND** |
| 26  | ) **REMOVED ACTION AND** |
|     THE WHITESTONE GROUP, INC., and | ) [~~PROPOSE~~D] **ORDER** |
| 27  DOES 1 through 50 inclusive, | ) |
| 28              Defendants. | ) |

-1-

Plaintiffs Garrett Jenkins, Buford Brown, Cruz Castillo, and Germaine Vaughn ("Plaintiffs"), and Defendant Whitestone Group, Inc. ("Defendant"), (Plaintiffs and Defendant are collectively referred to hereafter as "The Parties") by and through their counsel, hereby stipulate as follows:

1. On or about September 30, 2014, Plaintiffs filed a complaint against Defendant in the Superior Court of California, County of San Francisco, entitled *Jenkins, et al. v. Whitestone Group, Inc.*, Case No. CGC-14-541930 (hereinafter, "The Action").

2. On November 5, 2014, Defendant removed the Action to the Northern District of California, on the basis of diversity jurisdiction. Defendant also believed that the United States District Court for the Northern District of California had original jurisdiction under the Class Action Fairness Act of 2005 ("CAFA"), in that (1) the amount in controversy exceeds $5 million; (2) there is minimal diversity, where at least one plaintiff is diverse from one defendant; and (3) the monetary claims of 100 or more plaintiffs are proposed to be tried jointly on the grounds that the plaintiffs' claim involve common questions of law of fact. (See 28 U.S.C. § 1332(d).)

3. On June 1, 2015, the Parties reached a stipulated settlement of all claims, which Plaintiffs submitted to the Court for preliminary approval on July 20, 2015. Defendant filed a non-opposition to Plaintiffs' motion on July 28, 2015.

4. On August 17, 2015, Counsel for both Parties met and conferred regarding Defendant's basis for removal and the pending settlement, and the Parties agree that the United States District Court for the Northern District of California does not have subject matter jurisdiction over the Action, and that the Action should be remanded to the San Francisco County Superior Court, where it was originally filed.

5. Therefore, the parties respectfully request that the Court remand this Action to the San Francisco County Superior Court.

///

///

///

Dated: August 17, 2015

NICHOLS KASTER, LLP
BRYAN SCHWARTZ LAW

By:  /S/ Daniel Brome
Matthew C. Helland
Daniel S. Brome
Bryan Schwartz
Adetunji Olude

Attorneys for Plaintiffs
Individually and all others similarly situated

Dated: August 17, 2015

GORDON & REES LLP

By:  /S/ Hieu Tran
Michael A. Laurenson
Mollie M. Burks
Hieu Tran
Attorneys for Defendant
THE WHITESTONE GROUP, INC.

## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Parties shall comply with the above stipulation's provisions.

Dated: 8/18/15

_____
UNITED STATES DISTRICT JUDGE